CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2019-1772  DIVISION: "C"

DESIREE M. BARGKY AND
ELOISE LOPEZ

VERSUS

CIGNA CORPORATION;
LIFE INSURANCE COMPANY OF NORTH AMERICA; AND
OWENS & MINOR, INC.

FILED _____  _____ DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come DESIREE M. BARGKY and ELOISE LOPEZ (hereinafter collectively referred to as "Petitioners"), natural persons domiciled in the Parish of Orleans, State of Louisiana, and respectfully represent as follows:

1.

Made defendant herein is Cigna Corporation (hereinafter referred to as "Cigna"), upon information and belief, a Delaware corporation, having its principal place of business in the State of Connecticut, authorized to do and doing business under the laws of the State of Louisiana.

2.

Made defendant herein is Life Insurance Company of North America (hereinafter referred to as "LICNA"), upon information and belief, a Pennsylvania corporation authorized to do and doing business in the State of Louisiana.

3.

Made defendant herein is Owens & Minor, Inc. (hereinafter referred to as "O&M"), upon information and belief, a Virginia corporation authorized to do and doing business in the State of Louisiana.

4.

The Court has jurisdiction over Cigna, LICNA and O&M (hereinafter collectively referred to as "Defendants") and venue is proper because the damages giving rise to the instant petition occurred within the jurisdiction of this court.

**EXHIBIT A**

5.

Matt Jones (hereinafter referred to as "Jones"), decedent, was an O&M employee for many years until his retirement on or about March 30, 2012. Following his retirement, Mr. Jones passed away on February 17, 2017.

6.

As a benefit of his employment with O&M, Jones was enrolled in a group life insurance policy brokered by Cigna and underwritten by LICNA (hereinafter referred to as the "Group Policy") valued at $50,000.00, and Jones was entitled to purchase, and did purchase, a supplemental policy of life insurance brokered by Cigna and underwritten by LICNA (hereinafter referred to as the "Supplemental Policy") valued at $150,000.00 (hereinafter collectively referred to as the "Policies").

7.

Upon information and belief, at all relevant times pursuant to the Policies' terms, O&M and Jones, respectively, timely paid all premiums to maintain the Policies and keep them current.

8.

Petitioners are named beneficiaries on both Policies.

9.

By unilateral act on September 6, 2017, made in bad faith by LICNA/Cigna, LICNA/Cigna amended the terms and conditions of coverage of the Policies, retroactive to June 1, 2013, to create three classes of insureds, none which Jones fit into, effectively nullifying the Policies which Jones had faithfully maintained an upon which Jones relied to provide benefit to this beneficiaries upon his death. On information and belief, Owens & Minor failed to bring this material alteration to the attention of the decedent.

10.

Because LICNA/Cigna unilaterally, and in bad faith, modified the terms and conditions of the Policies, LICNA/Cigna eliminated the possibility that Mr. Jones' beneficiaries would be able to receive any benefits under the Policies Jones maintained and timely paid into and continued to pay into until his death. Jones at all times believed that his payments would result in a benefit to the Petitioners at the time of his death.

11.

As required, following Mr. Jones' death, a request was timely made in writing to LINCA/Cigna. That request was denied by way of letter from Cigna on June 12, 2017.

12.

Following that denial, an appeal was submitted to LINCA/Cigna on August 11, 2017, which after delay was ultimately improperly denied.

13.

Petitioners aver that the denial of the Policies was made in bad faith and the acts of the defendants LINCA/Cigna described herein constitute breach of contract.

14.

Further, petitioners aver that Owens & Minor breached its fiduciary duty to insure that the decedent's beneficiaries received the benefits provided from the plan arising from his employment with Owens & Minor, and that Owens & Minor was negligent in failing to adequately bring to the decedents attention the material alterations which negated any opportunity for the petitioners to receive the benefits that Mr. Jones faithfully paid for until his death.

**WHEREFORE**, petitioners, DESIREE M. BARGKY and ELOISE LOPEZ, pray that after all due proceedings had, there be judgment in their favor and against the defendants, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all general and equitable relief in the premises.

Respectfully Submitted,
**LEVY MANTOOTH, PLLC**

**DANIEL E. LEVY (#35884)**
**MARK A. MANTOOTH (#35222)**
4508 S. Tonti St.
New Orleans, LA 70125
Telephone: (504) 655-3228
Facsimile: (504) 814-1518
*Attorneys for Plaintiffs*

**PLEASE SERVE:**

**CIGNA CORPORATION**
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**OWENS AND MINOR, INC. (now OWENS AND MINOR MEDICAL, INC.)**
8550 United Plaza, Blvd.
Baton Rouge, LA 70809

# State of Louisiana
## Secretary of State

06/10/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CIGNA CORPORATION
1209 ORANGE STREET
WILMINGTON, DE 19801

Suit No.: 20191772
CIVIL DISTRICT COURT
ORLEANS PARISH

DESIREE M. BARGKY, ET AL
vs
CIGNA CORPORATION, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L. KLING

Date: 06/07/2019
Title: DEPUTY SHERIFF

SCOPE

No: 1121960



KC

ATTORNEY'S NAME: Levy, Daniel E 35884
AND ADDRESS: 1711 Milan St Apt B, New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-01772     DIVISION: C     SECTION: 10

BARGKY, DESIREE M. ET AL

Versus

CIGNA CORPORATION ET AL

### CITATION

TO: CIGNA CORPORATION
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, NEW ORLEANS, LA 70809

SERVED ON
R. KYLE ARDOIN
JUN 07 2019
SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation; or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within **Petition for Damages** ON CIGNA CORPORATION THROUGH: THE LOUISIANA SECRETARY OF STATE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER   RETURN ___ / ___ / ___ SERIAL NO.   DEPUTY   PARISH | On this ___ day of _____ served a copy of the within **Petition for Damages** ON CIGNA CORPORATION THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CIGNA CORPORATION being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10199618          Page 1 of 1

# State of Louisiana
## Secretary of State

06/10/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LIFE INSURANCE COMPANY OF NORTH AMERICA
C/O CIGNA CORPORATION
MR. MICHAEL A. JAMES, ESQUIRE
1601 CHESTNUT STREET, TWO LIBERTY PLACE
PHILADELPHIA, PA 19192

Suit No.: 20191772
CIVIL DISTRICT COURT
ORLEANS PARISH

DESIREE M. BARGKY, ET AL
vs
CIGNA CORPORATION, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L. KLING

Date: 06/07/2019
Title: DEPUTY SHERIFF

No: 1121961

KC

| | |
|---|---|
| ATTORNEY'S NAME: | Levy, Daniel E 35884 |
| AND ADDRESS: | 1711 Milan St Apt B, New Orleans, LA 70115 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-01772          DIVISION: C          SECTION: 10

**BARGKY, DESIREE M. ET AL**

Versus

**CIGNA CORPORATION ET AL**

### CITATION

TO:        LIFE INSURANCE COMPANY OF NORTH AMERICA
THROUGH:   THE LOUISIANA SECRETARY OF STATE
           8585 ARCHIVES AVENUE, NEW ORLEANS, LA 70809

SERVED ON
R. KYLE ARDOIN
JUN 07 2019
SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 13, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within **Petition for Damages** ON **LIFE INSURANCE COMPANY OF NORTH AMERICA** THROUGH: **THE LOUISIANA SECRETARY OF STATE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____ / ENTERED / _____ PAPER          RETURN _____ / _____ / _____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ _____ served a copy of the within **Petition for Damages** ON **LIFE INSURANCE COMPANY OF NORTH AMERICA** THROUGH: **THE LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LIFE INSURANCE COMPANY OF NORTH AMERICA** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10199619                    Page 1 of 1